Case: 1:24-cv-00795 Document #: 1 Filed: 01/30/24 Page 1 of 4 PageID #:1

MCP

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SOSSANE PIERRE-MICHEL SERI

Plaintiff

v.

WOODLANDS OF CREST HILL

Defendant

United States District Court
Northern District of Illinois

1:24-cv-00795
Judge Sara L. Ellis
Magistrate Judge Gabriel A. Fuentes
CAT. 2 / RANDOM

**COMPLAINT**

RECEIVED
JAN 30 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CIVIL ACTION OF DEPRIVATION OF RIGHTS (WRONGFUL EVICTION)

- I HAVE ATTACHED A THREE PAGES WORD DOCUMENT, WHICH IS THE COMPLAINT AND THE CLAIM

Seri
01/30/24

| PLAINTIFF | Sossane Pierre-Michel Seri |
|---|---|
| DEFENDANT | WOODLANDS OF CREST HILL |

## Civil Action for Deprivation of Rights According to 42 U.S. Code § 1983

# UNITED STATES CONSTITUTION TORT CLAIM CAUSED BY THE LANDLORD (DEPRIVATION OF THE FIFTH AND THE FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS CLAUSE) WRONGFUL EVICTION MISCONDUCT SEEKING RELIEF FOR A PERSONAL PROPERTY INJURY

I started living in the Apartment complex of **THE WOODLANDS OF CREST HILL** on **04/16/21**. I am formulating a complaint of wrongful eviction, an eviction that deprive me of the **DUE PROCESS CLAUSE OF AN EVICTION AND VIOLATED THE LAW OF EVICTION IN ILLINOIS.**

I was wrongfully evicted from my apartment my property by the **WOODLANDS OF CREST HILL on 08/27/21** without abiding by the **EVICTION PROCESS IN ILLINOIS.** The **WRONGFUL EVICTION DEPRIVED ME OF MY APARTMENT WHICH IS MY PROPERTY WITHOUT DUE PROCESS AND DEPRIVED ME OF MY FIFTH AND FOURTEENTH AMENDMENT, and the LANLORD ALSO VIOLATED THE ILLINOIS LAW OF EVICTION (735 ILCS 5/9-209) WHICH SECURE THE EVICTION PROCESS IN ILLINOIS AND CREATED DEPRIVATION OF THE FIFTH AND THE FOURTEENTH AMENDMENT** which guarantee equal protection of the law.

The **EVICTION PROCESS IN ILLINOIS** states that to evict Landlord must:

1. LANDLORD SERVES A FIVE TO TEN DAYS EVICTION NOTICE (A FORM FILE WITH THE CIRCUIT COURT CLERK OF THE COUNTY OF THE LOCATION TO OBTAIN THE NOTICE).
2. LANDLORD FILE AN EVICTION LAWSUIT WITH THE COURT
3. THE COURT SERVES THE TENANT THE SUMMON
4. LANDLORD AND TENANT ATTEND COURT HEARING AND RECEIVE JUDGMENT
5. TENANT GET SEVEN TO FOURTEEN DAYS TO MOVE OUT
6. SHERIFF ARRIVES TO FORCIBLY REMOVE THE TENANT

The **WOODLANDS OF CREST HILL** to evict me on **08/27.21** did not do anything according to the **EVICTION PROCESS IN ILLINOIS**. On that day they sent one of their worker to remove me from my apartment by force and **DEPRIVE ME OF MY**

PROPERTY WITHOUT THE DUE PROCESS CLAUSE AND VIOLATED THE LAW.

## FIRST COUNT TO DEMONSTRATE THE DAMAGES AND INURY CREATED BY THE WRONGFUL EVICTION OF THE LANDLORD THE WOODLANDS OF CREST HILL TO MY PROPERTY (MY APARTMENT), AND TO LIST THE DEPRIVATIONS OF MY FIFTH AMENDMENT RIGHT

THE WRONGFUL EVICTION OF THE WOODLANDS OF CREST HILL ON 08/27/21 AN EVIL AND RECKLESS MISCONDUCT, WAS DONE MALICOUSLY BY THE LANDLORD WITHOUT : (1) OBTAINING AN EVICTION NOTICE FROM THE WILL COUNTY CIRCUIT COURT CLERK; (2) THE WOODLANDS OF CREST HILL DID NOT FILE A LAWSUIT WITH THE COURT FOR THE EVICTION; (3) I WAS NEVER SERVED A SUMMON REGARDING THE EVICTION; (4) THE LANDLORD AND I NEVER ATTENDED A COURT HEARING AND RECEIVED A JUDGMENT FOR THE EVICTION ; (5) THERE WAS NO SEVEN TO FOURTEEN DAYS TO MOVE OUT AFTER A JUDGMENT BECAUSE THERE WAS NEVER A JUDGMENT; (6) I WAS EVICTED BY THE LANDLORD BY FORCE I WAS NEVER EVICTED BY A SHERIFF. THE EVICTION WAS WRONGFUL BECAUSE THE LANDLORD EVICTED ME WITHOUT THE DUE PROCESS CLAUSE, VIOLATED THE EVICTION PROCESS OF ILLINOIS AND DEPRIVED ME OF MY FIFTH AMENDMENT WHICH SECURE THE DUE PROCESS CLAUSE RIGHT CREATING AN INJURY TO MY PERSONAL PROPERTY WHICH IS MY APARTMENT. THE WRONGFUL EVICTION ALSO VIOLATED THE ILLINOIS LAW OF EVICTION (735 ILCS 5/9-209) WHICH VIOLATES THE FIFTH AMENDMENT THROUGH EQUAL PROTECTION OF THE LAW CREATING A PERSONAL PROPERTY INJURY. MY COMPLAINT IS BASED ON EVIDENCE.

## SECOND COUNT TO DEMONSTRATE THE DAMAGES AND INURY CREATED BY THE WRONGFUL EVICTION OF THE LANDLORD THE WOODLANDS OF CREST HILL TO MY PROPERTY (MY APARTMENT), AND TO LIST THE DEPRIVATIONS OF MY FOURTEENTH AMENDMENT RIGHT

THE WRONGFUL EVICTION OF THE WOODLANDS OF CREST HILL ON 08/27/21 AN EVIL AND RECKLESS MISCONDUCT, WAS DONE MALICOUSLY BY THE LANDLORD WITHOUT : (1) OBTAINING AN EVICTION NOTICE FROM THE WILL COUNTY CIRCUIT COURT CLERK; (2) THE WOODLANDS OF CREST HILL DID NOT FILE A LAWSUIT WITH THE COURT FOR THE EVICTION; (3) I WAS

NEVER SERVED A SUMMON REGARDING THE EVICTION; (4) THE LANDLORD AND I NEVER ATTENDED A COURT HEARING AND RECEIVED A JUDGMENT FOR THE EVICTION ; (5) THERE WAS NO SEVEN TO FOURTEEN DAYS TO MOVE OUT AFTER A JUDGMENT BECAUSE THERE WAS NEVER A JUDGMENT; (6) I WAS EVICTED BY THE LANDLORD BY FORCE I WAS NEVER EVICTED BY A SHERIFF. THE EVICTION WAS WRONGFUL BECAUSE THE LANDLORD EVICTED ME WITHOUT THE DUE PROCESS CLAUSE, VIOLATED THE EVICTION PROCESS OF ILLINOIS AND DEPRIVED ME OF MY FOURTEENTH AMENDMENT WHICH SECURE THE DUE PROCESS CLAUSE RIGHT CREATING AN INJURY TO MY PERSONAL PROPERTY WHICH IS MY APARTMENT. THE WRONGFUL EVICTION ALSO VIOLATED THE ILLINOIS LAW OF EVICTION (735 ILCS 5/9-209) WHICH VIOLATES THE FOURTEENTH AMENDMENT THROUGH EQUAL PROTECTION OF THE LAW CREATING A PERSONAL PROPERTY INJURY. MY COMPLAINT IS BASED ON EVIDENCE.

## MONETARY RELIEF

THE EVIL AND RECKLESS MISCONDUCT THROUGH WRONGFUL EVICTION, CREATED A PERSONAL PROPERTY INJURY AND MADE ME INCURRED THE LOST OF MY APARTMENT (my property). I AM SEEKING $40 MILLIONS DOLLAR FOR COMPENSATORY DAMAGES PAYABLE BY THE WOODLANDS OF CREST HILL; AND $60 MILLIONS DOLLAR FOR PUNITIVE DAMAGES FOR THE DEPRIVATION OF DUE PROCESS RIGHT SECURED BY THE FIFTH AND THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION THAT CREATED INJURY TO MY PROPERTY; AND ALSO FOR THE VIOLATION OF THE ILLINOIS EVICTION LAW THAT IS PROTECTED BY THE FIFTH AND THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.I AM SEEKING A TOTAL AMOUNT OF $100 MILLIONS DOLLAR PAYABLE BY THE LANDLORD THE WOODLANDS OF CREST HILL THOUGH COMPENSATORY AND PUNITIVE DAMAGES FOR THEIR MISCONDUCT LISTED IN THE FIRST AND SECOND COUNT OF PERSONAL PROPERTY INJURY.

GOD BLESS YOU, GOD BLESS AMERICA

THANK YOU

SINCERELY

SERI

*[signature]*

01/30/24