IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Sossane Pierre-Michel Seri,

Plaintiff(s),

v.

Woodlands of Crest Hill,

Defendant(s).

Case No. 24-cv-795
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court dismisses this case without prejudice for want of prosecution.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge           without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis.

Date:  11/15/2024

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk